IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS
JUL 10 2025
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| **Eric Ramon Buchanan, Sui Juris,** ] | Case No. _____ |
| Petitioner, ] | **EMERGENCY MOTION FOR** |
| v. ] | **TEMPORARY RESTRAINING ORDER** |
| **Sheriff of Kootenai County Jail,** ] | **AND REQUEST FOR IMMEDIATE HEARING** |
| STATE OF IDAHO, et al., ] | |
| Respondents. ] | |
| _____ ] | |

### EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

### AND REQUEST FOR IMMEDIATE HEARING

**COMES NOW** Petitioner, Eric Ramon Buchanan, sui juris, a private individual of the Washington Republic, proceeding without counsel, and respectfully moves this Court under:

- **Fed. R. Civ. P. 65(b)** (temporary restraining orders),
- **28 U.S.C. § 2241** (habeas corpus authority),
- **28 U.S.C. § 1651 (All Writs Act),**
- and the inherent equitable powers of this Court,

for an **Emergency Temporary Restraining Order (TRO)** enjoining the State of Idaho, its officers, Prosecutor Molly Nivison, Judge Lamont Berecz, the Sheriff of Kootenai County Jail, and all persons acting in concert with them, from:

1. Proceeding to sentencing Petitioner on July 28, 2025 (or any related criminal processes under Idaho Case Nos. CR28-24-1747 and CR28-23-6840);

2. Continuing to detain Petitioner under convictions obtained in violation of the Constitution and laws of the United States, pending this Court's resolution of Petitioner's **Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241** and the **Removal Petition under 28 U.S.C. §§ 1443, 1455**.

Petitioner further requests that this Court schedule an **immediate emergency hearing** on this Motion, given the irreparable injury of unconstitutional incarceration and imminent sentencing.

**I. GROUNDS FOR IMMEDIATE RELIEF**

1. Petitioner's convictions were secured through **systemic violations of federally protected rights**, including:

    - Warrantless GPS surveillance without judicial authorization (Fourth Amendment);

    - Fabricated probable cause for stop/search, contradicting dashcam evidence unlawfully suppressed (Fourth & Fourteenth Amendments; *Brady* violations);

    - Warrantless search of locked vehicle for narcotics without probable cause or warrant;

    - Manufacturing a conspiracy by coercing testimony of Allison Kimber, destroying required plurality under *Escobar de Bright*, 742 F.2d 1196 (9th Cir. 1984);

    - Failure to require independent corroboration of co-conspirator testimony, with jury instructions omitting necessary safeguards (Sixth & Fourteenth Amendments);

    - Conflict of interest by judge and prosecutor simultaneously named defendants in related federal civil rights suit (Case No. 2:24-cv-00187-BLW-REP).

2. Without immediate federal intervention, Petitioner faces **irreparable harm** by:

    - Being sentenced on **July 28, 2025**, to a term of **5 to 25 years imprisonment** under constitutionally defective proceedings;

- Suffering continued unlawful detention that violates the **Fourth, Fifth, Sixth, and Fourteenth Amendments**.

3. Petitioner has demonstrated:

    - **Likelihood of success on the merits**, given the detailed factual showing of constitutional deprivations;
    - **Irreparable harm** absent injunctive relief (unconstitutional incarceration);
    - **Balance of hardships** sharply favors Petitioner, whose liberty is at stake, over the State's interest in proceeding under a tainted conviction;
    - **Public interest** favors safeguarding fundamental constitutional rights.

This satisfies the standard for emergency relief under *Winter v. NRDC*, 555 U.S. 7 (2008).

## II. REQUEST FOR RELIEF

**WHEREFORE**, Petitioner respectfully requests that this Court:

1. **Issue a Temporary Restraining Order (TRO)** immediately enjoining Respondents from:

    - Proceeding to sentence Petitioner on July 28, 2025, or otherwise carrying out further criminal processes under Idaho Case Nos. CR28-24-1747 and CR28-23-6840;
    - Continuing to confine Petitioner in violation of the Constitution, pending resolution of his federal removal and habeas proceedings.

2. **Schedule an emergency hearing** at the earliest practicable date to determine whether to convert this TRO into a **preliminary injunction** under Fed. R. Civ. P. 65(a).

3. **Grant such other and further relief** as this Court deems just and necessary in law or equity to secure Petitioner's federally protected rights.

Respectfully submitted,

*[signature]*

Eric Buchanan

Petitioner, sui juris

## NOTORIAL JURAT

COUNTY OF KOOTENAI )

        SS )

STATE OF IDAHO   )

On this 3rd day of ~~June~~ July, 2025, Eric Buchanan did personally appear before me, identified by (form of identification) and did take and Oath and stated the above statements are true and correct to the best of his knowledge and belief. Subscribed by me the below identified Notary Public in and for the State of Idaho, on the date first above written.

*[signature: Shanna M Taylor]*        {Seal}

(Name of Notary)

My Commission ends  6-17-2028

*[Notary seal: SHANNA M TAYLOR, NOTARY PUBLIC, MY COMMISSION EXPIRES 6-17-2028, STATE OF IDAHO, COMMISSION NUMBER 20223039]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **Eric Ramon Buchanan, Sui Juris,** ] | |
| Petitioner, ] | Case No. _____ |
| v. ] | |
| **Sheriff of Kootenai County Jail,** ] | **ORDER GRANTING TEMPORARY** |
| **State of Idaho, et al.,** ] | **RESTRAINING ORDER AND STAY** |
| Respondents. ] | **OF STATE PROCEEDINGS** |
| _____] | |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER AND STAY OF STATE PROCEEDINGS**

Upon consideration of the **Emergency Motion for Temporary Restraining Order and Request for Immediate Hearing** filed by Petitioner, Eric Ramon Buchanan, sui juris, together with his **Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241**, and the supporting record indicating substantial likelihood of constitutional violations involving the Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution, the Court finds:

1. **Petitioner has demonstrated a substantial likelihood of success on the merits** of his constitutional claims based on allegations of warrantless GPS surveillance, fabrication of probable cause, suppression of exculpatory evidence, improper jury instructions, and prosecutorial/judicial conflicts of interest.

2. **Petitioner will suffer immediate and irreparable harm absent emergency injunctive relief**, including unconstitutional detention and imminent sentencing under proceedings allegedly infected by structural due process violations.

3. **The balance of equities and public interest strongly favor the issuance of immediate relief**, to safeguard federally protected rights.

Accordingly, under **Fed. R. Civ. P. 65(b)**, **28 U.S.C. § 2241**, and the inherent equitable powers of this Court:

**IT IS HEREBY ORDERED THAT:**

1. The State of Idaho, the First Judicial District of Idaho in and for Kootenai County, the Sheriff of Kootenai County Jail, Prosecutor Molly Nivison, Judge Lamont Berecz, and all officers, employees, or persons acting in concert with them are **temporarily restrained and enjoined from:**

   - Proceeding to sentencing of Petitioner under Idaho Case Nos. **CR28-24-1747 and CR28-23-6840;**
   - Initiating or advancing any further state criminal proceedings based on the charges arising from these matters;
   - Continuing to confine Petitioner under such proceedings in violation of the Constitution and laws of the United States.

2. This **Temporary Restraining Order shall remain in effect pending this Court's resolution of Petitioner's Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and related removal under 28 U.S.C. §§ 1443, 1455**, or until further order of this Court.

3. Respondents are hereby directed to file a written response showing cause why this relief should not be continued as a preliminary injunction, no later than _____ (\_\_\_) **days from the date of this Order**.

4. This matter is set for an **emergency hearing on** _____, 2025 at _____ **a.m./p.m.** at the United States District Court for the District of Idaho, to determine whether to extend this Order as a preliminary injunction.

5. The Clerk shall promptly serve copies of this Order upon:

   - The Sheriff of Kootenai County Jail at 5500 N. Government Way, Coeur d'Alene, Idaho 83815;
   - The Office of the Kootenai County Prosecutor;
   - The Office of the Idaho Attorney General.

**IT IS SO ORDERED.**

DATED this \_\_\_ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF IDAHO