UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

ERIC RAMON BUCHANAN,

               Petitioner,

vs.

STATE OF IDAHO, et al.,

               Respondents.

Case No. 2:25-cv-00368-BLW

**JUDGMENT**

In accordance with the Order entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED without prejudice.

After entry of the Judgment, the Clerk of Court shall close this case.

DATED: August 2, 2025

B. Lynn Winmill
U.S. District Court Judge