UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| Eric Ramon Buchanan, | ] | Case No. 2:25-cv-00368 |
| Plaintiff, | ] | |
| v. | ] | |
| Molly Nivison, Prosecutor, and, | ] | NOTICE OF RELATED CASES |
| Judge H. Lamont Berecz | ] | |
| Defendants. | ] | |
| | ] | |

## NOTICE OF RELATED CASES

Pursuant to D. Idaho Local Civil Rule 40.2 and this Court's inherent authority to manage its docket, Plaintiff respectfully notifies the Court of related cases pending in this District:

Buchanan v. Casey Ziegler et al, Case No. 2:23-cv-00187 (civil rights action against law enforcement officers).

Buchanan v. Kootenai County Prosecutor's Office, et al., Case No. 2:23-cv-00368 (removal petition originally filed under 28 U.S.C. § 1443).

Buchanan v. Kootenai County Jail Bureau Captain, Case No. 2:23-cv-00369 (habeas corpus petition challenging unlawful detention).

These actions involve overlapping questions of law and fact, including the same criminal proceedings in Kootenai County, Idaho, and the conduct of the same judicial, prosecutorial, and law enforcement actors. Coordination is necessary to avoid inconsistent rulings and to promote judicial economy.

Dated: August 5, 2025                                             Respectfully submitted,

_____
**Eric Ramon Buchanan**, Sui Juris
Private American National, Executor
Non-domestic, without the United States

**Certificate of Service**

I, _Shanna M Taylor_, certify that a copy of this Judicial Notice was served upon:

- Clerk of the Idaho District Court
- Prosecutor Stanley Mortenson and Deputy Prosecutor Molly Nivison Kootenai County
- Clerk of the U.S. District Court, District of Idaho

on this 5th day of ~~July~~ August, 2025, via _Certified mail_

_Shann M Taylor_
signature